PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00078-JLT-SKO |
| Plaintiff, | STIPULATION TO SCHEDULE ARRAIGNMENT AND CHANGE OF PLEA ON INFORMATION AND ORDER |
| v. | |
| JUSTIN ERNEST BREITWIESER, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The government filed the Information in this case on October 5, 2023.

2. The defendant signed a plea agreement on August 10, 2023, agreeing to plead guilty to the one-count Information.

3. By this stipulation, the parties now move to set the case for arraignment and change of plea on October 23, 2023, at 10:00 a.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 5, 2023, to October 23, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(G), as it results from consideration by the Court of the proposed plea agreement filed at docket number 7.

IT IS SO STIPULATED.

1

Dated: October 5, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: October 5, 2023

/s/ MILES HARRIS
MILES HARRIS
Counsel for Defendant
JUSTIN ERNEST
BREITWIESER

## ORDER

IT IS ORDERED that an arraignment and change of plea hearing is set for October 23, 2023, at 10:00 a.m.

    IT IS FURTHER ORDERED THAT the time period of October 5, 2023, to October 23, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(G) because it results from consideration by the Court of the proposed plea agreement filed at docket number 7.

DATED: 10/6/2023

THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE