# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN ERNEST BREITWIESER <br><br> Defendant. | CR NO: 1:23-CR-00078 JLT-SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: JUSTIN ERNEST BREITWIESER
Detained at: Fresno County Jail
Detainee is: a.) ☐ charged in this district by: ☒ Indictment ☒ Information ☐ Complaint
charging detainee with: 18 U.S.C. § 922(g)(1) & 18 U.S.C. § 922(u)

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings

or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on October 23, 2023, at 10:00 AM in Courtroom 4 in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Antonio J. Pataca |
| Printed Name & Phone No: | ANTONIO J. PATACA |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on October 23, 2023, at 10:00 AM**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Oct 6, 2023**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | 2230852 | DOB: | 10/13/1978 |
| Facility Address: | Fresno County Sheriff | Race: | White |
| Facility Phone: | (559) 488-3939 | FBI#: | 638456HB0 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____   _____
(signature)