LAW OFFICE OF MILES A. HARRIS
Miles A. Harris, SBN 247288
2115 KERN STREET # 101M
FRESNO, CA 93721
(559) 492-9572
MILES@DEFENDMEFRESNO.COM

ATTORNEY FOR DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN ERNEST BREITWIESER,<br><br>　　　　　　　　Defendant. | Case No.  1:23-CR-00078-JLT<br><br>ORDER SEALING DOCUMENT AS SET FORTH IN DEFENDANT'S NOTICE |

　　　　Pursuant to Eastern District of California Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that Defendant's Sentencing Memorandum related to the defendant's sentencing hearing, as well as the Defendant's Request to Seal, shall both be SEALED until further order of this Court.

　　　　It is further ordered that electronic access to the sealed document shall be limited to the Court, the United States, and counsel for the defendant, Justin Ernest Breitwieser.  The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in the Defendant's request, sealing the Sentencing Memorandum serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the Defendant would be harmed.  In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the Defendant's Sentencing Memorandum that would adequately protect the compelling interests

identified by the Defendant through his counsel.

IT IS SO ORDERED.

Dated: **April 30, 2024**

_____
UNITED STATES DISTRICT JUDGE